IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02632-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may delay the consideration of your claims.**)

ELEBI TIMOTEO GONZALES CHAJ,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility,

Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner Elebi Timoteo Gonzales Chaj is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. Mr. Chaj has filed *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and paid the required filing fee. (ECF No. 1).[1] Accordingly, this habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds one or more filings deficient (or not submitted) as described in this order. Therefore, Mr. Chaj is directed to cure the following deficiencies to pursue any claims in this action. Any papers that Mr. Chaj files in response to this order must be labeled with the civil

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the court's current form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:

(11) __ is not submitted
(12) X is not on proper form (Mr. Chaj must complete and submit the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Mr. Chaj cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Mr. Chaj files in response to this order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Mr. Chaj shall obtain and utilize the following District of Colorado form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241. The form, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Mr. Chaj fails to cure all designated deficiencies by the deadline, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED June 15, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge